Robert S. BARNHART II, Appellant,

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED**.